AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

MIDDLETON STALEY,

      Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 07-C-179

PAMELA WALLACE,

      Respondent.

---

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the petition is DISMISSED without prejudice.

Approved:    s/ William C. Griesbach
                 WILLIAM C. GRIESBACH
                 United States District Judge

Dated: March 5, 2007.

                 JON W. SANFILIPPO
                 Clerk of Court

                 s/ Mary E. Conard
                 (By) Deputy Clerk