# United States District Court

EASTERN DISTRICT OF WISCONSIN

MIDDLETON STALEY,

       Petitioner,

v.

PAMELA WALLACE,

       Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No. 07-C-179

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the petition is DISMISSED without prejudice.

Approved:    s/ William C. Griesbach
                     WILLIAM C. GRIESBACH
                     United States District Judge

Dated: March 5, 2007.

                     JON W. SANFILIPPO
                     Clerk of Court

                     s/ Mary E. Conard
                     (By) Deputy Clerk